IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Natalie K. Thomas,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | **12-4122-CV-C-JTM** |
| **Carolyn W. Colvin,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# O R D E R

On September 18, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 22, 2013, [Doc. 14] and the *Brief For Defendant*, filed May 8, 2013, [Doc. 17]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the September 18, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

 */s/ John T. Maughmer*
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**